**DISMISS and Opinion Filed January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01240-CV

### IN THE INTEREST OF J.P.D. AND D.T.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09085**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Whitehill

Before the Court is appellant's motion to withdraw his notice of appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

191240F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF J.P.D. AND
D.T.D., CHILDREN

No. 05-19-01240-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-09085.
Opinion delivered by Justice Whitehill.
Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Emily Ann Donahue recover her costs of this appeal from appellant Thomas Patrick Donahue.

Judgment entered January 27, 2020.

–2–